**Andrew F. BIANCHINI**

v.

**Irene M. BIANCHINI.**

**No. 80–425–M.P.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Gerald G. Norigian, Warwick, for plaintiff-respondent.

Thomas W. Pearlman, Providence, for defendant-petitioner.

## ORDER

The petition for certiorari, mandamus, leave to file appeal out of time and for a stay, as prayed, is denied. The stay entered in this case on September 23, 1980 is hereby vacated.

DORIS and MURRAY, JJ., did not participate.